

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-23-00401-CV

_____

IN RE PATRICIA HARVEY AND KENNETH B. CHAIKEN, Relators

---

Original Proceeding
431st District Court of Denton County, Texas
Trial Court No. 22-5037-431

---

Before Kerr, Birdwell, and Womack, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION**

The court has considered relators' "Motion to Dismiss." We grant the motion and dismiss relators' supplemental petition for writ of mandamus, and we lift our January 9, 2024 stay.

Per Curiam

Delivered:  March 7, 2024